**Order filed, July 11, 2014.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00407-CV

———————

**SANTOS SAN JUAN D/B/A SANTOS WRECKER REPAIR, Appellant**

**V.**

**JOSE SEGOVIA, Appellee**

---

**On Appeal from the 80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-06117**

---

### ORDER

The reporter's record in this case was due **July 02, 2014**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Michelle Tucker**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM